# IN THE COMMONWEALTH COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| Uniontown Newspapers, Inc., d/b/a | : | |
| The Herald Standard; and Christine | : | |
| Haines, | : | |
| Petitioners | : | No. 66 M.D. 2015 |
| | : | |
| v. | : | |
| | : | |
| Pennsylvania Department of | : | |
| Corrections, | : | |
| Respondent | : | |

**PER CURIAM**

# **O R D E R**

AND NOW, this 18th day of December, 2018, it is ordered that the above-captioned opinion filed on October 29, 2018, shall be designated OPINION, rather than MEMORANDUM OPINION, and it shall be reported.